MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BARBARA BRENNAN SILANO
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RICARDO AGUILAR MADRIZ, ) <br> ) <br> ) <br> Defendant. ) | No. CR 00-0532 MMC <br><br> [P̶R̶O̶P̶O̶S̶E̶D̶] SEALING ORDER <br><br> Date: January 4, 2012 <br> Time: 2:30 p.m. |

Based upon the application of the government and for good cause shown, IT IS

HEREBY ORDERED that the government's Declaration of AUSA Silano in Support of

the United States' Opposition to Defendant's Motion to Dismiss for Speedy Trial

///

///

///

///

1 | Violation shall be sealed until further Order of the Court.
2 |
3 | DATED: December 14, 2011

_____
HON. MAXINE M. CHESNEY
United States District Court Judge

[Proposed] Order to Seal Dec. Of AUSA Silano in Support of
United States' Opp. to Def.'s Mot. to Dismiss
for Violation of Right to Speedy Trial
US v. Madriz CR 00-0532 MMC                2